DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558))
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.Johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 18-cv-02414-DMR<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE THAT representation of Defendant United States Department of Labor has been reassigned to Pamela T. Johann, Assistant United States Attorney. Please direct all notices, pleadings, and correspondence to her attention at the above-captioned address. Please remove Douglas K. Chang, Assistant United States Attorney, from the service list. While David L. Anderson and Sara Winslow will appear on the pleadings, no service need be made on them.

DATED: January 17, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant