DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558))
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.Johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 18-cv-02414-DMR<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

Pursuant to this Court's Order dated December 8, 2018, ECF No. 16, Plaintiffs The Center For Investigative Reporting and Jennifer Gollan (collectively referred to as "CIR") and Defendant United States Department of Labor ("DOL") respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case concerns CIR's FOIA request for certain documents from DOL. On July 26, 2018, this Court vacated the initial case management conference and all associated all dates and deadlines pending the resolution of a *Public Citizen Foundation v. DOL, et al.,* Case No. 18-cv-00117 (D.D.C.), a FOIA case filed in the District Court for the District of Columbia on January 19, 2018 ("DC Case"). In the DC Case, a different plaintiff requested the same documents from DOL that are at issue in this case, and DOL has opposed release of those documents in that case on the same grounds that will be asserted by

DOL in this case. Because summary judgment briefing in the DC Case was already underway, this Court, pursuant to the parties' request, stayed proceedings pending the resolution of the DC Case. ECF No. 14. In both cases, DOL initially withheld the information under Exemption 7(e). DOL subsequently determined that the information should be withheld under Exemption 4. In a status report filed on December 6, 2018, the parties reported that the DC Case had not yet been resolved but that briefing on cross motions for summary judgment had been completed. ECF No. 16. The Court ordered the parties to file a proposed briefing schedule upon resolution of the DC Case and, in the event the DC Case was not yet resolved, to file an updated joint status report by February 28, 2019. *Id.*

The parties report that the summary judgment motion in the D.C. Case remains fully briefed but has not yet been decided. On January 7, 2019, the case was referred to a Magistrate Judge for full case management, including the preparation of a report and recommendation with respect to all pending potentially dispositive motions. Counsel for DOL in the D.C. Case has no further information regarding when the summary judgment motion may be resolved.

Since the last status report, the parties have learned that the Supreme Court has granted a petition for certiorari in a case involving the interpretation of FOIA Exemption 4. In that case, *Food Marketing Institute v. Argus Leader Media*, Docket No. 18-481 ("*Argus Leader*"), the Supreme Court will consider (1) whether the statutory term "confidential" as used in Exemption 4 "bears its ordinary meaning, thus requiring the government to withhold all 'commercial or financial information' that is confidentially held and not publicly disseminated—regardless of whether a party establishes substantial competitive harm from disclosure," and (2) in the alternative, the requirements of the "substantial-competitive-harm" standard should the Supreme Court decide to retain that test. The Supreme Court has set argument in *Argus Leader* for April 22, 2019, and the decision should be handed down by the end of the term in June.

The decision in *Argus Leader* may abrogate or modify the standard for determining confidentiality under Exemption 4 in this Circuit. Although the parties disagree about whether Exemption 4 is applicable to the documents, they agree that briefing in this case should await the Supreme Court's resolution of *Argus Leader* in order to provide the Court with the benefit of the Supreme Court's decision to the extent it may be relevant.

1  For the reasons stated above, the parties respectfully request that the Court continue to stay all
2  dates and deadlines in this case. Upon the Supreme Court's ruling in *Argus Leader*, the parties will
3  promptly meet and confer regarding a briefing schedule for anticipated cross-motions for summary
4  judgment and will file a proposed briefing schedule with the Court within five days.

5  DATED: February 28, 2019                     Respectfully submitted,

6                                                DAVID L. ANDERSON
                                                 United States Attorney
7
                                                 */s/ Pamela T. Johann*
8                                                PAMELA T. JOHANN
                                                 Assistant United States Attorney
9
                                                 Attorneys for Defendant
10

11

12 DATED: February 28, 2019                     THE CENTER FOR INVESTIGATIVE
                                                 REPORTING
13
                                                 */s/ D. Victoria Baranetsky*
14                                               D. VICTORIA BARANETSKY

15                                               Attorneys for Plaintiffs

16

17
   * I, Pamela T. Johann, hereby attest that I have obtained the concurrence in the filing of this document
18 from D. Victoria Baranetsky.

19                                               */s/ Pamela T. Johann*
                                                 PAMELA T. JOHANN
20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT                        3
18-cv-02414-DMR

**[PROPOSED] ORDER**

Pursuant to the Joint Status Report of the parties and for good cause shown, IT IS HEREBY ORDERED that:

1. All dates and deadlines in this case are STAYED pending the decision of the United States Supreme Court in *Food Marketing Institute v. Argus Leader Media*, Docket No. 18-481 ("*Argus Leader*");

2. Upon the resolution of *Argus Leader*, the parties shall promptly file with the Court a proposed briefing schedule for cross-motions for summary judgment.

IT IS SO ORDERED.

Dated: _____          _____

HON. DONNA M. RYU
United States Magistrate Judge