# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 18-cv-02414-DMR <br><br> **ORDER ADMINISTRATIVELY CLOSING CASE** |

The court has received the parties' joint status report requesting the court stay this case pending the United States Supreme Court's decision in *Food Marketing Institute v. Argus Leader Media*. [Docket No. 18.] The court orders the administrative closure of this case. The parties shall reopen the case by filing a proposed briefing schedule with this court within five days of the Supreme Court's decision.

**IT IS SO ORDERED.**

Dated: March 4, 2019



Donna M. Ryu
United States Magistrate Judge