DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558))
Assistant United States Attorney

450 Golden Gate Avenue, Box 36045
San Francisco, California 94102
Telephone: (415) 436-7025
Facsimile: (415) 436-7234
pamela.Johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 18-cv-02414-DMR <br><br> **SECOND STIPULATED JOINT REQUEST TO EXTEND BRIEFING SCHEDULE REGARDING MOTION FOR SUMMARY JUDGMENT; ORDER** |

The parties, by and through their undersigned attorneys, hereby stipulate pursuant to Civil Local Rule 6-1(b) and 7-12, subject to the approval of the Court, to extend the schedule regarding the parties' Motions for Summary Judgment. This stipulation is based on the accompanying Declaration of Pamela T. Johann and the following facts:

1. On July 2, 2019, this Court entered an order granting the parties' stipulated request to establish a briefing schedule for cross-motions for summary judgment. Dkt. No. 21. On August 20, 2019, the Court entered an order granting the parties' stipulation extending the briefing schedule on the motions. Dkt. No. 23. Under this schedule, the last day for Defendant to file its Motion for Summary Judgment is September 3, 2019.

2. Defendant is in the process of preparing its moving papers but has encountered some

1  delays due in part to the illness of one of the anticipated declarants.  Due to these circumstances and the
2  intervening holiday weekend, Defendant has requested, and Plaintiff has agreed, to extend by one week
3  the time for Defendant to file its Motion for Summary Judgment.  The hearing date shall remain
4  December 12, 2019.  The parties do not currently anticipate needing to modify the other filing dates, but
5  if any further adjustment is needed, they will submit another stipulated request.

6       3.      Accordingly, the parties have stipulated to extend the last day for Defendant to file a
7  motion for summary judgment until September 10, 2019.  The parties jointly request that the Court enter
8  an order revising the schedule accordingly.

DATED: August 30, 2019                    Respectfully submitted,

                                          DAVID L. ANDERSON
                                          United States Attorney

                                          */s/ Pamela T. Johann*
                                          PAMELA T. JOHANN
                                          Assistant United States Attorney

                                          Attorneys for Defendant


DATED: August 30, 2019                    THE CENTER FOR INVESTIGATIVE
                                          REPORTING

                                          */s/ D. Victoria Baranetsky*
                                          D. VICTORIA BARANETSKY

                                          Attorneys for Plaintiffs


                              ATTESTATION

I, Pamela T. Johann, hereby attest that I have obtained the concurrence in the filing of this
document from D. Victoria Baranetsky.

                                          */s/ Pamela T. Johann*
                                          PAMELA T. JOHANN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 3, 2019

_____
HON. DONNA M. RYU
United States Magistrate Judge

*[Court seal: IT IS SO ORDERED / Judge Donna M. Ryu / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*