D. Victoria Baranetsky (Cal. Bar No. 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>  Defendant. | Case No. 4:18-cv-02414-DMR<br><br>**DECLARATION OF D. VICTORIA BARANETSKY OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 12, 2019<br>Time: 1:00 pm.<br>Place: Courtroom 4, 3rd Floor<br>The Hon. Donna M. Ryu |

I, D. VICTORIA BARANETSKY, declare:

1. I am an attorney of record for the plaintiffs in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am General Counsel at The Center for Investigative Reporting, which is a nonprofit established under the laws of California with its principal place of business in Emeryville, CA.

3. Attached hereto as Exhibit 1 is a true and correct copy of the following website: OSHA, *All About OSHA*, https://www.osha.gov/Publications/all_about_OSHA.pdf.

4. Attached hereto as Exhibit 2 is a true and correct copy of the following website: OSHA Injury Tracking Application, https://www.osha.gov/injuryreporting.

5. Attached hereto as Exhibit 3 is a true and correct copy of the following press release: Press Release, OSHA, U.S. Department of Labor Issues Final Rule to Protect Privacy of Workers (Jan. 24, 2019), https://www.osha.gov/news/newsreleases/trade/01242019.

6. Attached hereto as Exhibit 4 is a true and correct copy of the following press release: Press Release, OSHA, OSHA's final rule to 'nudge' employers to prevent workplace injuries, illnesses (May 11, 2016), https://www.osha.gov/news/newsreleases/national/05112016.

7. Attached hereto as Exhibit 5 is a true and correct copy of the following news article: Will Evans & Allysa Jeong Perry, *Tesla Says Its Factory Is Safer. But It Left Injuries Off the Books*, REVEAL, Apr. 16, 2018, https://www.revealnews.org/article/tesla-says-its-factory-is-safer-but-it-left-injuries-off-the-books/.

8. Attached hereto as Exhibit 6 is a true and correct copy of the following news article: Jennifer Gollan, *Treading Dangerously: Lax Safety Inside Goodyear's Tire Plants*, Reveal, Dec. 14, 2017, https://www.revealnews.org/article/treading-dangerously-lax-safety-inside-goodyears-tire-plants/.

9. Attached hereto as Exhibit 7 is an excerpt from a true and correct copy of the following quarterly report: OSHA, FOIA Report – Q42018 (2018), https://www.osha.gov/sites/default/files/incomingrequests_06012018_12312018.xlsx.

10. Attached hereto as Exhibit 8 is an excerpt from a true and correct copy of the following annual report: OSHA, FOIA Report – CY2017 (2017), https://www.osha.gov/sites/default/files/CY2017_FOIA_Log.xlsx.

11. Attached hereto as Exhibit 9 is a true and correct copy of the following documents responsive to a FOIA request: *Bartlett Grain Elevator Inspection Reports*, MUCKROCK, https://www.muckrock.com/foi/united-states-of-america-10/bartlett-grain-elevator-inspection-reports-2917/#file-8571.

1 | 12. Attached hereto as Exhibit 10 is a true and correct copy of the following email: Email from Frank Polizzi, California Dep't of Industrial Relations, to Sara Beladi, Legal Intern, CIR (Sep. 30, 2019, 11:00 AM PST).

13. Attached hereto as Exhibit 11 is a true and correct copy of the following report: Worksafe, *Analysis of Tesla Injury Rates: 2014 to 2017* (May 24, 2017), https://worksafe.typepad.com/files/worksafe_tesla5_24.pdf.

14. Attached hereto as Exhibit 12 is a true and correct copy of the following news article: Jennifer Gollan, *The Deadly Danger of Trump's Naval Buildup Plan*, REVEAL, Feb. 10, 2017, https://www.revealnews.org/article/deadly-danger-naval-buildup/.

15. Attached hereto as Exhibit 13 is a true and correct copy of the following news article: Jennifer Gollan, *He said Goodyear rule kept machines on during repair. He died fixing one*, REVEAL, Dec. 20, 2017, https://www.revealnews.org/article/he-said-goodyear-rule-kept-machines-on-during-repair-he-died-fixing-one/.

*16.* Attached hereto as Exhibit 14 is a true and correct copy of the following news article: Caroline O'Donovan, *In Blue Apron's Chaotic Warehouses, Making Dinner Easy Is Hard Work*, BUZZFEED, Oct. 2, 2016, https://www.buzzfeed.com/carolineodonovan/the-not-so-wholesome-reality-behind-the-making-of-your-meal?utm_term=.wmboxDdlO#.ynKmlOvXD.

17. Attached hereto as Exhibit 15 is a true and correct copy of the following news article: Don Behm, *Machine failure blamed for injuring 8 workers at Saukville foundry*, MILWAUKEE-WISCONSIN J. SENTINEL, May 20, 2014, http://archive.jsonline.com/news/ozwash/machine-failure-blamed-for-injuring-7-workers-at-saukville-foundry-b99274108z1-259929331.html/.

18. Attached hereto as Exhibit 16 is a true and correct copy of the following news article: Bruce Rolfsen, *Employers' OSHA Injury Records Sought by Workers' Rights Group*, BLOOMBERG ENV'T, Jan. 23, 2018, https://news.bloombergenvironment.com/safety/employers-osha-injury-records-sought-by-workers-rights-group.

19. Attached hereto as Exhibit 17 is a true and correct copy of the following news article: *Public Citizens Sues DOL, OSHA over injury records*, SAFETY & HEALTH, Jan. 24, 2018, http://www.safetyandhealthmagazine.com/articles/16621-public-citizen-sues-dol-osha-over-injury-

records.

20. Attached hereto as Exhibit 18 is a true and correct copy of an excerpt from the following amicus brief: Brief for AI Now Inst. et. al. as Amici Curiae Supporting Respondents, Food Marketing Inst. v. Argus Leader Media, 139 S. Ct. 2356 (2019) (No. 18-481).

21. Attached hereto as Exhibit 19 is a true and correct copy of the following web page: *Custom*, MERRIAM-WEBSTER, https://www.merriam-webster.com/dictionary/custom?src=search-dict-hed.

22. Attached hereto as Exhibit 20 is a true and correct copy of the following news article: Christopher Kuhagen & Erik Hanley, *Police ID worker who died in a fall at the Oak Creek Amazon facility construction site*, MILWAUKEE JOURNAL-SENTINEL, July 10, 2019, https://www.jsonline.com/story/communities/south/news/oak-creek/2019/07/10/worker-oak-creek-amazon-construction-site-dies-fall/1695478001/.

23. Attached hereto as Exhibit 21 is a true and correct copy of the following press release: Press Release, OSHA, OSHA announces proposed new rule to improve tracking of workplace injuries and illnesses (Nov. 7, 2013), https://www.osha.gov/news/newsreleases/national/11072013.

24. Attached hereto as Exhibit 22 is an excerpt from a true and correct copy of the following Congressional Record: 114 Cong. Rec. S1495 (Mar. 15, 2016), https://www.congress.gov/114/crec/2016/03/15/CREC-2016-03-15-senate.pdf (statement of Sen. Grassley).

25. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed October 15, 2019 in Emeryville, California.

/s/
D. Victoria Baranetsky