DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558))
Assistant United States Attorney

450 Golden Gate Avenue, Box 36045
San Francisco, California 94102
Telephone: (415) 436-7025
Facsimile: (415) 436-7234
pamela.Johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 18-cv-02414-DMR<br><br>**STATEMENT OF RECENT DECISION** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant United States Department of Labor respectfully submits this Statement of Recent Decision to bring to the Court's attention the recent decision in this District in *American Small Business League v. United States Department of Defense*, et al., No. 18-cv-01979-WHA (N.D. Cal. Nov. 24, 2019), pertaining to the application of FOIA Exemption 4 after *Food Marketing Institute v. Argus Leader Media*, 139 S. Ct. 2356 (2019) (*"Argus Leader"*), and the interplay between *Argus Leader* and the FOIA Improvement Act of 2016.  The opinion is attached as Exhibit A.

//

//

//

1 | Dated: November 25, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

 /s/ *Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant