**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL LAW AND MOTION MINUTE ORDER**

| **Date:** 12/12/19 | **Time:** 1:03-2:21 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 4:18-cv-02414-DMR | **Case Name:** The Center for Investigative Reporting (CIR), et al v. Department of Labor | |

**For Plaintiffs:**
Diana Victoria Baranetsky
Rachel Brooke

**For Defendant:**
Pamela Johann

**Deputy Clerk:** Ivy Lerma Garcia                     **FTR:** 1:03-2:21

**PROCEEDINGS**

1.  Defendant's Motion for Summary Judgment [Docket No. 26] is TAKEN UNDER
    SUBMISSION.

2.  Plaintiffs' Cross Motion for Summary Judgment [Docket No. 30] is TAKEN UNDER
    SUBMISSION.

**Order to be prepared by:**
( )     Plaintiff                    ( )     Defendant          (X)     Court

cc:  Chambers