Exhibit A

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558))
Assistant United States Attorney

450 Golden Gate Avenue, Box 36045
San Francisco, California 94102
Telephone: (415) 436-7025
Facsimile: (415) 436-7234
pamela.Johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 4:18-cv-02414-DMR <br><br> **SECOND SUPPLEMENTAL DECLARATION OF AMANDA L. EDENS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Amanda L. Edens, declare as follows:

1. On January 31, 2018, Plaintiffs submitted a FOIA request to the OSHA FOIA Officer via the DOL "FOIARequests" inbox for:

> "[A]ll data submitted since August 1, 2017 through OSHA's 'Injury Tracking Application' pursuant to the Final Rule 'Improve Tracking of Workplace Injuries and Illnesses.' Please include electronically submitted information from OSHA Forms 300, 300A, and 301."

A true and correct copy of the January 31, 2018 FOIA request is attached as Exhibit A to my initial declaration.

2. All data submitted through OSHA's "Injury Tracking Application" pursuant to the Final

Rule "Improve Tracking of Workplace Injuries and Illnesses" are captured and stored in OSHA's Injury Tracking Application ("ITA"). All data stored in the ITA are transmitted to the Office of Statistical Analysis ("OSA"), Directorate of Technical Support and Emergency Management on a monthly basis. OSA uploads those records into a Microsoft Access database ("ITA Microsoft Access database"). The data stored in the ITA Microsoft Access database is identical to and represents the full universe of ITA data collected under the Final Rule "Improve Tracking of Workplace Injuries and Illnesses".

3. The search date range for responsive records was August 1, 2017 through February 6, 2018, as OSHA initiated its search for records on February 6, 2018 when it received the FOIA request.

4. The Agency conducted a search in the ITA Microsoft Access database for all data submitted from August 1, 2017 through February 6, 2018 through OSHA's "Injury Tracking Application" pursuant to the Final Rule "Improve Tracking of Workplace Injuries and Illnesses". The purpose of the search was to identify the number of records that were responsive to the subject FOIA Request.[1]

5. The Agency did not find any OSHA Form 300 or OSHA Form 301 records in its search of the ITA Microsoft Access database.

6. No OSHA Form 300 or OSHA Form 301 records are contained in the ITA Microsoft Access database or in the ITA.

7. The only responsive records contained in the ITA Microsoft Access database were the 237,000 OSHA Form 300A records found by OSHA during its search.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2019, in Washington, D.C.

_____
AMANDA L. EDENS
Director for the OSHA Directorate of Technical Support and Emergency Management

---

[1] The ITA Microsoft Access database is set up in such a way that OSHA can conduct searches and produce reports of data submitted during any specified time period.

DECLARATION OF AMANDA L. EDENS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
4:18-cv-02414-DMR                                              2