DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558))
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36045
  San Francisco, California 94102
  Telephone: (415) 436-7025
  Facsimile: (415) 436-7234
  pamela.Johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 18-cv-02414-DMR <br><br> **STIPULATION REGARDING PROPOSED FORM OF JUDGMENT** |

Pursuant to the Court's Order dated June 4, 2020, the parties met and conferred regarding a proposed form of judgment. The parties hereby stipulate as follows:

1. The parties submit the proposed form of judgment attached hereto as Exhibit A.

2. Defendant agrees to the judgment as to form and reserves all rights to appeal the order and judgment. In the event that Defendant appeals the order and judgment, Defendant reserves the right to seek a stay of the judgment insofar as it requires production of records within 60 days.

//

//

//

//

STIPULATION REGARDING JUDGMENT         1
18-cv-02414-DMR

| | | |
|---|---|---|
| 1 | DATED: June 18, 2020 | Respectfully submitted, |
| 2 | | DAVID L. ANDERSON<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| 5 | | |
| 6 | | Attorneys for Defendant |

DATED: June 18, 2020                THE CENTER FOR INVESTIGATIVE
                                                         REPORTING

                                                         */s/ D. Victoria Baranetsky*
                                                         D. VICTORIA BARANETSKY

                                                         Attorneys for Plaintiffs

## ATTESTATION

I, Pamela T. Johann, hereby attest that I have obtained the concurrence in the filing of this document from D. Victoria Baranetsky.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN

Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | Case No. 18-cv-02414-DMR<br><br>**[PROPOSED] JUDGMENT** |

On June 4, 2020, the Court granted Plaintiff's cross-motion for summary judgment in part and denied Defendant's motion for summary judgment. Dkt. No. 41. In accordance with that Order, and pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Plaintiffs and against Defendant. Within 60 days from the date of this Judgment, Defendant must produce the OSHA Form 300A records identified in the search conducted on February 6, 2018 as responsive to Plaintiffs' FOIA request. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: _____

_____
HON. DONNA M. RYU
United States Magistrate Judge