UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 18-cv-02414-DMR<br><br>[~~PROPOSED~~] JUDGMENT |

On June 4, 2020, the Court granted Plaintiff's cross-motion for summary judgment in part and denied Defendant's motion for summary judgment. Dkt. No. 41. In accordance with that Order, and pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Plaintiffs and against Defendant. Within 60 days from the date of this Judgment, Defendant must produce the OSHA Form 300A records identified in the search conducted on February 6, 2018 as responsive to Plaintiffs' FOIA request. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: June 19, 2020

_____
HON. DONNA M. RYU
United States Magistrate Judge